## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **DARRYL WAYNE STARKS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **5:05-CV-187 (DF)** |
| | : | |
| **VICTOR WALKER, Warden,** | : | |
| | : | |
| **Defendant.** | : | |

## O R D E R

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on August 19, 2005.  Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction is hereby **DENIED**.

SO ORDERED, this 25th day of October, 2005.

**/s/ Duross Fitzpatrick**
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/jab